**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANGEL ARREDONDO, | ) | NO. CV 12-529-GAF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Request for Extension of Time," this action is dismissed without prejudice.

DATED: January 29, 2013.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE